# UNITED STATES DISTRICT COUT
## SOUTHERN DISTRICT OF ILLINOIS

CAROLYN ACKROYD, et al,                    )
                                           )
              Plaintiffs,             )
                                           )
      v.                          ) Case No.: 14-284 JPG/DGW
                                           )
PFIZER, INC.,                              )
                                           )
                                           )
              Defendant.              )

## <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court on plaintiff Zella Bradley's motion to dismiss (Doc.7) and plaintiff Darlene Hubbard's motion to dismiss(Doc.8), which the Court construes as notices of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to be dismissed from this case at the present time, the Court finds the claims of plaintiffs Zella Bradley and Darlene Hubbard are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

DATED: May 12, 2014

                                *s/ J. Phil Gilbert*
                                UNITED STATES DISTRICT JUDGE